John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 805903

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-11275 | 001-0 | DERRELL GENE BRAY<br>Original Check written to:<br>CENTENNIAL WIRELESS<br>3811 ILLINOIS RD #212<br>FT WAYNE, IN 46804 | xxxx0245 | 511.53 | 45.25 | 0.00 | 45.25 |
| 05-10349 | 007-0 | FRANK SWEARINGEN<br>Original Check written to:<br>TEXAS STATE BANK<br>P O BOX 26016<br>BEAUMONT, TX 77720-6016 | xxx5946 | 3,926.49 | 503.19 | 0.00 | 503.19 |
| 05-10450 | 008-0 | WILLIAM F MALONE<br>Original Check written to:<br>ORANGE COUNTY TAC<br>P O BOX 1568<br>ORANGE, TX 77631-1568 | xxxxx1311 | 0.00 | 593.90 | 0.00 | 593.90 |
| 05-10992 | 006-0 | LESLIE THOMAS LUNA<br>Original Check written to:<br>GREAT PLAINS FCU<br>P O BOX 2968<br>JOPLIN, MO 64803 | xxxx4-13 | 0.00 | 1,134.92 | 0.00 | 1,134.92 |
| 05-11217 | 012-0 | EMILIANO B SANCHEZ<br>Original Check written to:<br>CITIFINANCIAL AUTO CREDIT, INC.<br>P.O. BOX 182287<br>COLUMBUS, OH 43218- | xxxxxx1901 | 0.00 | 235.99 | 0.00 | 235.99 |
| 06-10202 | 107-0 | AARON J. JOHNSON<br>Original Check written to:<br>CHAMBERS COUNTY TAC<br>C/O JOHN P. DILLMAN<br>P O BOX 3064<br>HOUSTON, TX 77253- | xxxxxxxxxxxxxxxxxx0000 | 513.77 | 367.50 | 176.20 | 543.70 |
| 06-90031 | 004-0 | DAVID D. MCCLESKEY<br>Original Check written to:<br>FOLEY'S<br>P O BOX 66955<br>ST LOUIS, MO 63166- | xxxxxx3012 | 425.22 | 46.55 | 0.00 | 46.55 |